U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 2 2018

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUKMAN KASSIMU,<br>Petitioner | CIVIL ACTION NO. 1:18-CV-80-P |
| VERSUS | JUDGE DEE D. DRELL |
| JEFFERSON SESSIONS, ET AL.,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Kassimu's petition is hereby DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 2nd day of May, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE